RUTH HOLMES, Appellant, *v.* FRANK JONES, Respondent.

*Holmes* v. *Jones*, 37 App. Div. 626, affirmed.
(Argued January 27, 1902; decided February 11, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered May 3, 1900, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term without a jury.

*John J. Healey, Jr.,* for appellant.

*George R. Salisbury* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, MARTIN, VANN, CULLEN and WERNER, JJ.

---

HARRY S. HENRY, Appellant, *v.* MONROE SALISBURY, Respondent.

*Henry* v. *Salisbury*, 34 App. Div. 631, affirmed.
(Argued January 28, 1902; decided February 11, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 2, 1898, affirming a judgment in favor of defendant entered upon a verdict directed by the court and an order denying a motion for a new trial.

*Benjamin Steinhardt* for appellant.

*H. M. Whitehead* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, MARTIN, VANN, CULLEN and WERNER, JJ.